JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RISHI GUPTA, | No. 2:21-cv-3549 MWF (MRW) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UR JADDOU, Director, U.S. Citizenship and Immigration Services, | |
| Defendant. | Honorable Michael W. Fitzgerald<br>United States District Judge |

The Court has considered the parties' Stipulation of Dismissal with Prejudice. Dkt. 21.

THE COURT HEREBY ORDERS that this action, 2:21-cv-3549 MWF (MRW), is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: October 12, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1